33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAHANGIR QURESHI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-96-065 |
| DISTRICT DIRECTOR,<br> U.S. IMMIGRATION SERVICE<br> AND JANET RENO, ATTORNEY<br> GENERAL FOR THE UNITED STATES | § § § § § | |
| Defendant(s). | § | |

## ORDER

1. Plaintiff Jahangir Qureshi's Motion for Preliminary Injunction [Dkt 5] is DISMISSED WITHOUT PREJUDICE

2. Plaintiff Jahangir Qureshi's Agreed Motion to Extend Time for Filing of Briefs [Dkt 10] is GRANTED.

DONE at Brownsville, Texas, this \_\_30\_\_ day of September 1998.

_____
Hilda G. Tagle
United States District Judge