UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
SEP 3 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Jahangir Qureshi §
§
versus §
§           CIVIL ACTION 96-065
§
District Director, et al §

# Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

   _October 26_, 1998

   at _11:30_ A.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on _September 30_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.