35

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

*Jahangir*
versus
*Immigration Director*

§
§
§
§
§

CIVIL ACTION 96 cv 65

## Order Setting Hearing

*United States District Court*
*Southern District of Texas*
*ENTERED*
*OCT 23 1998*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

1. A hearing will be held before Judge Hilda G. Tagle on [motion]:

   November 23, 1998

   at 2:00 p.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on October 22, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.