38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAHANGIR QUERESHI,<br>    Petitioner | §<br>§<br>§ | |
| vs. | § CA B-96-065<br>§ (consolidated with | |
| DISTRICT DIRECTOR,<br> UNITED STATES IMMIGRATION<br> AND JANET RENO, ATTORNEY,<br> GENERAL FOR THE<br> UNITED STATES OF AMERICA<br>    Respondent<br>    (CR B-92-220-01) | §  CA B-97-275<br>§  CA M-98-018)<br>§  CA B-97-275<br>§<br>§<br>§<br>§<br>§ | |

United States District Court
Southern District of Texas
ENTERED
NOV 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF CONSOLIDATION

Pending before the Court is the Petitioner Jahangir Quereshi's petition and pleadings that secured a temporary restraining order in CA B-96-065. Quereshi's motion for preliminary injunction (Doc. 5) was dismissed by this Court on September 30, 1998, and a order granting an agreed motion to extend the filing of briefs in the action (Doc. 10) was granted on the same date.

Additionally, Quereshi filed a motion to vacate sentence in the underlying criminal case, CR B-92-220-01, and the pleading was docketed--but docketed under two separate civil action numbers, CA B-96-065 and CA B-97-275. The motion, brought under 28 U.S.C. §2255, is identical in both cases.

On April 17, 1998 and with the intent to equalize the dockets of this Court and the Honorable Judge Filemon Vela, the clerk of the court transferred CA B-96-065 to this Court. In addition, prior to a June 15, 1998 hearing before Judge Vela in CA B-96-065,

1

Quereshi filed an application for writ of error coram nobis that was docketed in the McAllen Division in CA M-98-018. All three matters, the complaint which secured a TRO in CA B-96-065, the §2255 motion in CR B-92-220 (and also docketed in CA B-96-065) and the application for writ in CA M-98-018 are related. These cases were consolidated in the Brownsville Division and assigned to Judge Vela in an order entered June 15, 1998.

In a proceeding held November 23, 1998, the parties recommended that all actions be consolidated. The Court agrees.

In light of the procedural history of CR B-92-220-01, CA B-96-065, CA B-97-275 and CA M-98-018, the court ORDERS that those cases be consolidated, and that each of the files in the four causes of action contain a copy of this ORDER. It is so ORDERED.

Done this 24 day of November, 1998, in Brownsville, Texas.

Hilda Tagle
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUANA ASCENCIO-GUZMAN, et al )
)
v. ) No. B-94-215
)
E.M. TROMINSKI, et al. )
)

*United States District Court*
*Southern District of Texas*
*ENTERED*
NOV 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

103

ORDER MODIFYING ORDER GRANTING CLASS CERTIFICATION

Upon consideration of the objections expressed by Defendants, (Defendants' Response to Petitioners' memorandum and Order, at page 7, n.6), that the class which has been certified herein includes only aliens in exclusion and deportation proceedings, the Plaintiffs response to said objections, and the fact that these proceedings have been renamed, and are now called "removal" or "expulsion" proceedings, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Court's Order Granting Class Certification, entered July 16, 1996, is hereby amended to include all those permanent residents of the United States who have been or will be placed by Defendants under expulsion proceedings, including deportation, exclusion, or removal proceedings, who are not held in detention, in whose cases no administratively final order has been issued, and whose I-151 or I-551 cards have been confiscated by Defendants, and are being retained by or under the authority of the Harlingen District of the Immigration and Naturalization Service.

IT IS FURTHER ORDERED that the Clerk of Court shall send certified copies of the instant Order to all counsel of record.

DONE AT BROWNSVILLE, TEXAS this 24 day of November, 1998.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE