42

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAHANGIR QURESHI, | § | |
| | § | |
| Petitioner | § | |
| | § | |
| vs. | § | Civil Action No. B-96-65 (consolidated with |
| | § | Civil Actions No. B-97-275, B-92-220, |
| DISTRICT DIRECTOR, U.S. | § | M-98-018) |
| IMMIGRATION SERVICE, AND | § | |
| JANEY RENO, ATTORNEY GENERAL | § | |
| FOR THE UNITED STATES | § | |
| | § | |
| Respondents. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before this Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 27, 1999 should be and is hereby **ADOPTED**. This Court has also considered the claims of the Petitioner under 18 U.S.C. §3607, the Federal First Offender Act, and finds them to be without merit.

It is therefore **ORDERED** that:

Respondents' Motion to Vacate Temporary Restraining Order [15-1] is **GRANTED**
Respondents' Motion to Dismiss Petitioner's Writ of Habeas Corpus under 28 U.S.C.
    §2255 [28-1] is **GRANTED**
Respondents' Motion for Summary Judgment on Petitioner's Writ of Coram Nobis [28-2]
    is **GRANTED**
and Petitioner's causes of action are **DISMISSED WITH PREJUDICE**.

DONE this _16th_ day of December, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge